# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JENNIFER ELLEN JESSEN,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>   Defendants. | CASE NO. C22-5225 BHS<br><br>ORDER |

THIS MATTER is before the Court on its own motion following its July 28, 2022 Order to Show Cause, Dkt. 4. The Court ordered Plaintiff Jennifer Jessen to show cause within 21 days why this matter should not be dismissed without prejudice for failure to prosecute.

Jessen has not responded. This matter is **DISMISSED** without prejudice.

IT IS SO ORDERED.

Dated this 2nd day of September, 2022.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1